AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **Viviana Violeta VARGAS-Zuniga** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____**July 07, 2026**_____ in the county of _____**Webb**_____ in the

_____**Southern**_____ District of _____**Texas**_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, TX  the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about July 07, 2026 the defendant Viviana Violeta VARGAS-Zuniga was apprehended in Laredo, TX.  After a brief interview it was determined that, Viviana Violeta VARGAS-Zuniga was an undocumented alien from Mexico and subsequently placed under arrest.  Further investigation revealed that Viviana Violeta VARGAS-Zuniga was previously REMOVED from the United States on 06/24/2026 at Harlingen, TX.  There is no record that Viviana Violeta VARGAS-Zuniga has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

_____
/S/Juan R. Botello-Jr
*Complainant's signature*

Juan R. Botello-Jr              Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  July 09, 2026
_____

_____
*Judge's signature*

City and state:    Laredo, Texas
_____

Christopher dos Santos      U.S. Magistrate Judge
_____
*Printed name and title*